UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RANDALL BUCKOSH, et al., | ) | Case No. 1:08-CV-01589 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| MEDICAL MUTUAL OF OHIO, | ) | |
| | ) | |
| Defendants. | ) | <u>ORDER</u> |

On August 11, 2008, the parties stipulated that this case should be stayed pending an administrative appeal. On March 06, 2008, the parties filed a joint status report indicating that a decision on that appeal had not yet been issued. Accordingly, this court directs the parties to immediately inform the court when a decision on that appeal has been issued. Until that time, this case shall remain STAYED and administratively CLOSED subject to reopening upon written motion by any of the parties.

IT IS SO ORDERED.

                                                      */s/Ann Aldrich*
                                                      ANN ALDRICH
                                                      UNITED STATES DISTRICT JUDGE

**Dated: August 7, 2009**